Daniel **BRADSHAW**, Plaintiff-Appellant,

v.

Nancy A. **BERRYHILL**, Acting Commissioner, Social Security Administration, Defendant-Appellee.

No. 17-1612

United States Court of Appeals, Fourth Circuit.

Submitted: October 30, 2017

Decided: November 28, 2017

Bruce K. Billman, Fredericksburg, Virginia, for Appellant. Nora Koch, Regional Chief Counsel, Stephen Giacchino, Supervisory Attorney, Jordana Cooper, Assistant Regional Counsel, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; Dana J. Boente, United States Attorney, R. Trent McCotter, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before MOTZ, AGEE, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Bradshaw appeals the district court's order accepting the recommendation of the magistrate judge, granting the Commissioner's motion for summary judgment, and upholding the Commissioner's decision denying Bradshaw's application for disability insurance benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bradshaw v. Berryhill*, No. 1:16-cv-00969-LO-JFA, 2017 WL 958105 (E.D. Va. Mar. 9, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*